UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY A. HAZLE, JR., <br><br>  Plaintiff, <br><br>  v. <br><br> MITCH CROFOOT, individually and as Parole Office of the California Department of Corrections; BRENDA WILDING, individually and as Unit Supervisor of the California Department of Corrections; MATTHEW CATE, individually and as Secretary of the California Department of Corrections and Rehabilitation; SCOTT KERNAN, individually and as Chief Deputy Secretary of Adult Operations of the California Department of Corrections and Rehabilitation; TIM HOFFMAN, individually and as Director of the Division of Adult Parole Operations in California; MARION SMITH, individually and in his official capacity; DEPUTY JALLINGS, individually and as Deputy Commissioner of the Board of Prison Hearings; WESTCARE, a Nevada Non-Profit Corporation; MENTAL HEALTH SYSTEMS, INC., a California corporation, <br><br>  Defendants. | 2:08-CV-02295-GEB-EFB <br><br> <u>ORDER</u> |

1

1 | Plaintiff's application filed on November 24, 2008,is
2 | denied.
3 | Dated: December 2, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge