# CHAPMAN, POPIK & WHITE LLP

January 13, 2009

**RESPONSE TO ORDER TO SHOW CAUSE**

The Honorable Garland E. Burrell Jr.
Courtroom 10, 13th Floor
United States District Court
Eastern District of California
501 "I" Street
Sacramento, CA 95814

Re: *Barry Hazle v. California Dept. of Corrections and Rehabilitation, Mitch Crofoot, et al.*
Eastern District Court Case No: 2:08-cv-02295-GEB-EFB

Dear Judge Burrell:

This letter is sent in response to the Order to Show Cause served today. We respectfully request that sanctions not be imposed for the reasons set forth below.

After a thorough review of the paper and electronic files, we have located no record of ever having received the "September 29 Order" referred to in the Order to Show Cause. Nor did we receive any other directive from the Court ordering the preparation of a status report, or setting a deadline for filing such a report.

We have reviewed the materials provided by the Court on September 29, which included the issued summons, the magistrate judge consent forms and the VDRP forms, and confirmed that the "September 29 Order" was not among such materials. We have reviewed the electronic docket and found no link to such order. And we have contacted defense counsel, Todd Irby, and confirmed that he did not receive such an order.

To the extent that this letter does not sufficiently address the issue, we request a hearing on this Order to Show Cause. And although we do not believe, for the reasons outlined above, that any party is at fault, any responsibility for miscommunications of this nature is mine, and not that of my client, Mr. Hazle.

CHAPMAN, POPIK & WHITE LLP

The Honorable Garland E. Burrell Jr.
January 13, 2009
Page 2

      We have now calendared February 17 as the date for the initial status conference, and will file the status conference report by February 3 as required. Since the Court's "September 29 Order" likely contains a description of the Court's preferred format and contents for the report, we respectfully request a copy of that Order, so that we can fully comply.

                                          Very truly yours,

                                          John G. Heller

JGH/tmh
cc:    Todd Irby, Esq.
        Michell Edborg, Esq.