CHAPMAN, POPIK & WHITE LLP
John G. Heller (State Bar No. 129901)
650 California Street, 19th Floor
San Francisco, CA 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Michael A. Scheibli (S.B. No. 196748)
Attorney at Law
1416 West Street
Redding, CA 96001
Telephone: (530) 243-0317
Facsimile: (530) 243-2003

Attorneys for Plaintiff
BARRY A. HAZLE, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY A. HAZLE, JR. | No. 2:08-cv-02295-GEB-EFB |
| Plaintiff, | ORDER AUTHORIZING MEDIATION AND DEEMING DEFENDANTS' MOTION TO DISMISS WITHDRAWN |
| v. | |
| MITCH CROFOOT, et al. | |
| Defendants. | |

  The parties to this action have agreed to participate in a mediation in an effort to resolve this litigation at an early stage. Counsel for the California Attorney General has proposed using Magistrate Judge Nandor J. Vadas of the Northern District, based on Magistrate Vadas's experience in resolving other matters involving the California Department of Corrections and Rehabilitation. Counsel for the other parties have agreed. Magistrate Vadas has also indicated his willingness to serve in this capacity.

1

1  While such efforts to resolve the case are pending, counsel for the California Attorney
2  General has proposed continuing the hearing and briefing on his motion to dismiss as to certain
3  named defendants (Matthew Cate, Scott Kernan and Tom Hoffman) which is currently set for
4  hearing on April 20, 2009.
5  Accordingly, the parties jointly request that the Court enter an order (a) assigning
6  Magistrate Vadas as the mediator in this matter, and (b) vacating the current hearing date on
7  defendants' motion to dismiss, and continuing the hearing to a date to be set if and when the
8  parties report that the mediation has been unsuccessful.

Dated: _____, 2009        CHAPMAN, POPIK & WHITE LLP

                               By: _____
                                   John H. Heller
                               Attorneys for Plaintiffs Barry A. Hazle. Jr.

Dated: _____, 2009        OFFICE OF THE CALIFORNIA ATTORNEY
                               GENERAL


                               By: _____
                                   Todd Irby
                               Attorneys for Defendants M. Crofoot, M. Cate, S.
                               Kernan, B. Wilding, R. Jallins, T. Hoffman

Dated: _____, 2009        BONETATI, KINCAID & KINCAID


                               By: _____
                                   Michelle Edborg
                               Attorneys for Defendant Westcare California, Inc.

# ORDER

Based on the parties' stipulation that they will proceed to mediation before Magistrate Judge Nandor J. Vadas, Magistrate Judge Vadas is authorized to mediate this action if he agrees to the requested mediation.

IT IS FURTHER ORDERED that defendants' motion to dismiss filed January 23, 2009, is deemed withdrawn since Defendants do not elect to proceed with the motion at this time.

Dated: March 16, 2009

GARLAND E. BURRELL, JR.
United States District Judge

G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\Stipulation and Proposed Order re Mediation and Motion to Dismiss.wpd