IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARRY HAZEL,

    Plaintiff,

        v

MITCH CROFOOT,

    Defendants.

Case No C 08-2295 GEB EFB

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on July 15, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Todd Irby and Vickie Whitney

☒ Other: California Department of Corrections and Rehabilitation, Alan Sobel and counsel for Westcare, Michelle Edborg

1
2  (2)   The following individuals, parties, and/or representatives did not appear:
3  (3)   The outcome of the proceeding was:
4  ☐ The case has been completely settled.
5  ☐ The case has been partially resolved and, on or before
6  _____, counsel for defendants shall file a joint stipulation specifying
7  those claims which have been resolved and those that remain to be resolved by the Court.
8  ☐ The parties agree to an additional follow up settlement on
9  _____.
10  ☒ The parties are unable to reach an agreement at this time.
11
12  Date:  10/21/09                                    _____
                                                      Nandor J Vadas
13                                                    United States Magistrate Judge