IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY A. HAZLE, JR.,<br><br>              Plaintiff,<br><br>    v.<br><br>MITCH CROFOOT, Individually and as Parole Officer of the California Department of Corrections; BRENDA WILDING, Individually and as Unit Supervisor of the California Department of Corrections; MATTHEW CATE, Individually and as Secretary of the California Department of Corrections and Rehabilitation; SCOTT KERNAN, Individually and as Chief Deputy Secretary of Adult Operations of the California Department of Corrections and Rehabilitation; TIM HOFFMAN, Individually and as Director of the Division of Adult Parole Operations in California; Deputy Commissioner JALLINGS, Individually and as Deputy Commissioner of the Board of Prison Hearings; WESTCARE, a Nevada Non-Profit Corporation,<br><br>              Defendants. | 2:08-cv-02295-GEB-EFB<br><br>ORDER GRANTING WESTCARE'S REQUEST FOR MORE TIME TO FILE AN OPPOSITION TO PLAINTIFF'S CROSS MOTION |

      Defendant Westcare California Inc. ("Westcare") filed an *ex parte* objection to what it argues is Plaintiff's untimely filing of a cross motion for partial summary judgment (Plaintiff's cross motion"). Westcare argues Plaintiff's cross-motion was filed in contravention of the Court's scheduling order. Westcare's position is arguable and could be correct. However, rather than reaching this issue and deciding whether the last law and motion hearing date prescribed in

the scheduling order precluded a party from filing a related or counter motion prescribed in Local Rule 230(e), a Minute Order was filed on January 20, 2010 setting forth a briefing scheduling for Plaintiff's cross-motion.  Westcare states in its *ex parte* objection that it requests "at least three weeks to file an opposition to [P]laintiff's cross motion."  This request is granted.  Therefore, Defendants' opposition to Plaintiff's cross motion shall be filed by February 5, 2010.  Any reply shall be filed by February 12, 2010.  The cross motion will be heard on February 22, 2010, commencing at 9:00 a.m.

Dated:   January 21, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge