UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

BARRY A. HAZLE, JR.,

        Plaintiff,

  v.

MITCH CROFOOT, et al.,

        Defendants.
_____/

No. C 08-2295 GEB EFB

NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled for June 10, 2010 at 1:30 p.m. in Courtroom F, at 450 Golden Gate Avenue, San Francisco, CA 94102.

Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case.

Confidential settlement conference statements shall be mailed or emailed to (NJVpo@cand.uscourts.gov) and received by chambers no later than two weeks prior to the settlement conference.

 No later than thirty (30) days prior to the settlement conference, counsel for Defendants shall prepare, e-file and electronically submit (via email to NJVpo@cand.uscourts,gov) a Word or Wordperfect version of the writ necessary to secure Plaintiff's attendance at the settlement conference.

To the extent that Plaintiff waives his right to appear personally at the settlement conference but wishes to consult with counsel via telephone during the settlement conference, the parties shall cooperate to submit a proposed form of writ or other such order that may be required by the CDCR to ensure Plaintiff's ability to promptly communicate with counsel on April 14, 2010.  Any such proposed order/writ must be e-filed and emailed to the Court (NJVpo@cand.uscourts.gov).  Should

Plaintiff desire to appear at the settlement conference via video conference, counsel are responsible for coordinating with the Court's Courtroom Technology Specialist, Ricci Guzman (415-522-2107), and the appropriate personnel at CDCR. To the extent that it is necessary for the Court to issue a writ or an order for Plaintiff to appear via video conference, Plaintiff's counsel shall e-file and email (NJVpo@cand.uscourts.gov) a proposed writ/order.

  The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the  settlement conference

IT IS SO ORDERED.

Dated: 5/25/10

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2