**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY A. HAZLE, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | No. CV 08-2295 GEB/EFB<br><br>**ORDER VACATING FURTHER SETTLEMENT CONFERENCE** |

    Due to the fact that the parties in this matter remain at odds as to whether further settlement negotiations would be productive at this time, the further settlement conference set for Thursday June 10, 2010 is VACATED.

**IT IS SO ORDERED.**

Dated: June 9, 2010

NANDOR J. VADAS
United States Magistrate Judge

United States District Court
For the Northern District of California