```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| BARRY A. HAZLE, JR.,<br>        Plaintiff,<br>     v.<br>MITCH CROFOOT, individually and as Parole Officer of the CDCR; BRENDA WILDING, individually and as Unit Supervisor of the CDCR; MATTHEW CATE, individually and as Secretary of the CDCR; SCOTT KERNAN, individually and as Chief Deputy Secretary of Adult Operations of the CDCR; TIM HOFFMAN, individually and as Director of the Division of Adult Parole Operations in California; DEPUTY COMMISSIONER JALLINS, individually and as deputy commissioner; and WESTCARE,<br>        Defendants. | 2:08-cv-02295-GEB-KJM<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT[*] |

Defendants Matthew Cate, Mitch Crofoot, Richard Jallins, Scott Kernan, and Brenda Wilding ("Defendants") filed a motion for partial summary judgment on Plaintiff's claim for injunctive relief under California Code of Civil Procedure section 526a. Defendants argue, inter alia, California Department of Corrections and Rehabilitation ("CDCR") Directive No. 08-06 renders this claim moot. Plaintiff responds indicating that the motion could be resolved based on an evidentiary record developed in an earlier decided motion by stating: "Plaintiff treats the issues in defendants' motion as having already been resolved" by the Court's prior order granting Defendant

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

1  Westcare's motion for partial summary judgment on Plaintiff's section
2  526a claim, in which the Court held the claim was mooted by CDCR
3  Directive No. 08-06.  (Opp'n 2:2-3.)  Since Plaintiff does not oppose
4  Defendants' arguments, including the argument that the claim is moot
5  and for the reasons stated in the Court's April 7, 2010 order granting
6  partial summary judgment in favor of Westcare, Defendants' motion for
7  summary judgment is granted.

Dated:  August 10, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge