ROGERS JOSEPH O'DONNELL
John G. Heller (State Bar No. 129901)
jheller@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiff
BARRY HAZLE, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY HAZLE, JR.,<br><br>            Plaintiff,<br><br>      vs.<br><br>MITCH CROFOOT, Individually and as Parole Officer of the California Department of Corrections; BRENDA WILDING, Individually and as Unit Supervisor of the California Department of Corrections; MATTHEW CATE, Individually and as Secretary of the California Department of Corrections and Rehabilitation; SCOTT KERNAN, Individually and as Chief Deputy Secretary of Adult Operations of the California Department of Corrections and Rehabilitation; TIM HOFFMAN, Individually and as Director of the Division of Adult Parole Operations in California; RICHARD JALLINS, Individually and as Deputy Commissioner of the Board of Prison Hearings; WESTCARE, a Nevada Non-Profit Corporation,<br><br>            Defendants. | Case No. 2:08-CV-02295-GEB<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE MOTION TO AMEND COMPLAINT AND MOTION TO REOPEN DISCOVERY |

## I. INTRODUCTION

The principal claim representative with responsibility for ongoing settlement negotiations on behalf defendant Westcare has just gone on disability with a serious health condition. A replacement is being brought on board, but this development has impeded

Page 1

settlement efforts.  Accordingly, to permit the parties to continue their resolution efforts, and to avoid incurring attorney and Court time and resources while such efforts are ongoing, the parties propose and stipulate, subject to Court order, to defer upcoming motion filing deadlines by three weeks.

**II.    FACTUAL BACKGROUND AND STIPULATION**

1. The parties to this action appeared for a mediation on June 27, 2014, under the auspices of the Ninth Circuit Mediator's office.  They have continued to have settlement discussions since that date in efforts to reach a global resolution, assisted by the Ninth Circuit mediator.

2. Nonprofits' Insurance Alliance of California (NIAC) is the insurer that has provided coverage to Defendant Westcare, under a reservation of rights.  Vicky Campbell is the NIAC claims representative who has had exclusive responsibility for this claim and conducting settlement discussions and evaluation.

3. Ms. Campbell has suffered a serious medical condition that has forced her to leave her position on disability.  Her disability began on approximately August 15, 2014.

4. NIAC has identified a replacement for Ms. Campbell, Lola Hogan, who began work on August 27, 2014, and began her review of Ms. Campbell's significant caseload of files.  Ms. Hogan does not currently have the background and knowledge of this complex case that Ms. Campbell has handled for a significant period of time, and this development has impeded the progress of settlement discussions concerning Defendant Westcare.

5. Pursuant to the Court's Order dated July 23, 2014 (ECF No. 196), issued following the parties' agreed-upon dates, the current deadline to file motions for (a) leave to amend complaint to add and substitute parties to the action, and (b) to reopen or for leave to conduct additional discovery, is September 22, 2014.

6. Given that the parties are still actively engaged in attempting a global settlement with the possibility of continued mediation before the Ninth Circuit appointed

mediator, counsel for the parties have met and conferred regarding these upcoming deadlines, and agree that additional time is necessary toward resolution and that no further litigation efforts be expended while allowing NIAC's new adjuster to become familiar with the case. The parties stipulate to, and request that the Court approve under these circumstances, a three-week extension of time such that the deadline for the motions at issue shall be October 13, 2014, with hearing date to be set per Court calendar and availability.

Dated:  September 4, 2014

ROGERS JOSEPH O'DONNELL

By: ___/s/ John G. Heller_____
     JOHN G. HELLER
     Attorneys for Plaintiff
     BARRY HAZLE, JR.

Dated:  September 4, 2014

OFFICE OF THE CALIFORNIA ATTORNEY GENERAL

By: ___/s/ Vickie P. Whitney_____
     VICKIE P. WHITNEY
     Attorneys for Defendants Mitch Crofoot, Matthew Cate, Scott Kernan, Brenda Wilding, and Richard Jallins

Dated:  September 4, 2014

MAIRE BURGESS & DEEDON

By: ___/s/ Wayne Maire_____
     WAYNE MAIRE
     Attorneys for Defendant WESTCARE

## **ORDER**

Per the stipulation of parties, it is hereby ordered that the deadline to file motions to amend the complaint and reopen discovery is continued to October 13, 2014.

Dated:  September 4, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge