KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
Tracy S. Hendrickson, State Bar No. 155081
Supervising Deputy Attorney General
Vickie P. Whitney, State Bar No. 145316
Supervising Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944425
  Sacramento, CA 94244-2550
  Telephone: (916) 445-8194
  Facsimile: (916) 324-5205

*Attorneys for Defendants Crofoot,
Wilding, Jallins, Cate, and Kernan*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| BARRY HAZLE, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MITCH CROFOOT, et al., <br><br> Defendants. | Case No. 2:08-CV-02295-GEB <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br> **(Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

    Plaintiff Barry A. Hazle, Jr., and Defendants Crofoot, Wilding, Jallins, Cate, Kernan and Westcare California, Inc., have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    Each party shall bear its own litigation costs and attorney's fees, except to the extent that any such fees or costs are encompassed within the parties' settlement of this matter.

    It is so stipulated.

Dated: October 13, 2014                    ROGERS JOSEPH O'DONNELL

                                                     By: *John Heller*
                                                           JOHN G. HELLER
                                                         *Attorney for Plaintiff Barry Hazle, Jr.*

Dated: October 14, 2014

CALIFORNIA ATTORNEY GENERAL'S OFFICE

By: /s/ Vickie P. Whitney
VICKIE P. WHITNEY
Supervising Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants Crofoot, Wilding, Jallins, Cate and Kernan*

Dated: October 14, 2014

MAIRE BURGESS & DEEDON

By: /s/ Wayne H. Maire
WAYNE H. MAIRE
*Attorney for Defendant Westcare California Inc.*